IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELVIN J. CENTER, | ) | Case No. 8:03cv67 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| U.S. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Michael J. Leahy, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **May 25, 2005** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for May 16, 2005 is cancelled upon the representation that this case is settled.

Dated: April 25, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge