IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELVIN J. CENTER, | ) | 8:03CV067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| U.S. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff Melvin J. Center, d/b/a Horizon Unlimited Environmental, Inc.'s motion for extension of time (Filing No. 72). The court finds the motion for an extension of time should be granted.

**IT IS HEREBY ORDERED** that Plaintiff Melvin J. Center, d/b/a Horizon Unlimited Environmental, Inc.'s motion for extension of time (Filing No. 72) is granted.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)