IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELVIN J. CENTER, | ) | CASE NO.: 8:03CV067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| U.S. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

Having received the defendant's notice of payment of the settlement proceeds to the plaintiff (Filing No. 76), the court finds this action should be dismissed. Therefore, it is **ordered** that this case, in its entirety, is dismissed with prejudice, and each party shall pay their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated this 1st day of August, 2005.

BY THE COURT:

/s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)